The application is denied. There appears no error of law in the judgment complained of.

YARRUT, J., recused.

206 So.2d 93

**William ABROMS**

v.

**R. Richard DAVIS, Jr.**

No. 49035.

Feb. 2, 1968.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.

206 So.2d 93

**Succession of Stella Blanchard GLAZE also known as Stella B. Glaze.**

No. 49036.

Feb. 2, 1968.

Writ refused. There is no error of law in the judgment of the Court of Appeal.

YARRUT, J., recused.

206 So.2d 94

**Willie EASTERLING**

v.

**EMPLOYERS LIABILITY ASSURANCE CORPORATION and Ralph J. Trahan.**

No. 49037.

Feb. 2, 1968.

Writ refused. We find no error of law in the judgment of the court of appeal.

The application is denied. There appears no error of law in the judgment complained of.